# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. RYMALOWICZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:13-cv-01517-LJO-SKO PC<br><br>ORDER DENYING MOTION FOR MODIFICATION OF IFP PAYMENT PLAN<br><br>(Doc. 10) |

　　　　Plaintiff Paul D. Rymalowicz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 19, 2013. On October 24, 2013, Plaintiff filed a motion to modify the monthly payments deducted from his trust account.

　　　　For prisoners proceeding in forma pauperis, the filing fee is deducted from their trust accounts monthly, if funds are available, and the procedure is governed by federal statute. 28 U.S.C. § 1915(a), (b). Although Plaintiff is not precluded from paying the filing fee balance in full at any time, alternative payment plans are not available. *Id.*

　　　　Plaintiff's motion is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

　　Dated:　__October 28, 2013__　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE